# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Felicia Cavanagh, et al.,<br><br>                    Plaintiff(s),<br><br>vs.<br>State of Nevada ex rel. Nevada Office of the Military., et al.,<br><br>                    Defendant(s). | **2:25-cv-00919-JAD-MDC**<br><br>**ORDER GRANTING MOTION** |

Because it is unopposed (*see ECF No. 9*), the Court **GRANTS** the *Motion to Extend Time* (ECF No. 5). The Federal Defendants shall have until **August 4, 2025**, to file a response to Plaintiffs' First Amended Complaint.

DATED this 23rd day of June 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge