LAWRENCE & LAWRENCE LAW, PLLC
Nathan E. Lawrence, SBN 15060
Joseph P. Lawrence, SBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA CAVANAGH, as Special Administrator of the Estate of ALLISON E. BAILEY, Deceased; FELICIA CAVANAGH, individually; and TIM DUGGIN, as parent, custodian, and/or guardian of minors C. L.D. and C.W.D.; collectively,<br><br>Plaintiffs,<br>v.<br><br>STATE OF NEVADA *ex rel.* NEVADA OFFICE OF THE MILITARY; *et al.*,<br><br>Defendants. | Case No.: 2:25-CV-00919-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE RESPONSES TO RESPECTIVE DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT [ECF Nos. 16 and 17]**<br><br>**(First Request)** |

Plaintiffs FELICIA CAVANAGH, individually and as Special Administrator of the Estate of ALLISON E. BAILEY, and TIM DUGGIN, as parent, custodian, and/or guardian of minors C.L.D. and C.W.D. (collectively, "Plaintiffs"), by and through their attorneys of the law firm of LAWRENCE & LAWRENCE LAW, PLLC, and Defendants STATE OF NEVADA *ex rel.* NEVADA OFFICE OF THE MILITARY; BRIG. GEN. ONDRA BERRY; BRIG. GEN. D. RODGER "DAN" WATERS; STEPHEN F. SISOLAK; and JOSEPH M. LOMBARDO, by and through their respective undersigned counsel of the OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF NEVADA, hereby submit this Stipulation and Order to Extend the Deadline for Plaintiffs to File Responses to Respective Defendants' Motions to Dismiss First Amended Complaint [ECF Nos. 16 and 17, the "Motions"]. This is the first stipulation to extend the indicated deadline



following the filing by the Defendants of their respective motions on June 26, 2025, and this stipulation is presented to the Court in advance of the current deadline of July 10, 2025. For the foregoing reasons and as is more fully explicated below, the Parties stipulate to and respectfully request that this Court extend the noted deadlines. This request for extension is made in good faith and not for the purpose of delay.

## I.   LEGAL STANDARD

Fed. R. Civ. P. Rule 6(b)(1) governs extensions of time and allows, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." If additional time for any purpose is needed, the proper procedure is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D. Pa. 1962). An extension of time may always be sought and is usually granted on a showing of good cause if timely made under subdivision (b)(1) of [FRCP 6]. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). Also, a district court possesses the inherent power to control its own docket. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

LR IA 6-1 additionally requires that a motion to extend time must state the reasons for the extension requested and will not be granted if requested after the expiration of the specified period unless the movant demonstrates that the failure to file the motion before the deadline expired resulted because of excusable neglect. LR 26-3 requires that a motion to extend any date set by the discovery plan, scheduling order, or other order must, as well as satisfying the requirements of LR IA 6-1, demonstrate good cause for the extension.

## II.   ARGUMENT

Plaintiffs' counsel is actively working to timely complete the responses to Defendant's concurrently filed comprehensive dispositive Motions, however, a brief extension has become necessary. During the current response period, Plaintiff's counsel was out of the state for portions of nine days on previously scheduled family trips (coinciding with the July 4th Independence Day



holiday). The parties stipulate that counsel's unavailability during this timeframe constitutes good cause for the requested extension. Accordingly, **the parties stipulate that the time for Plaintiffs to file their response to Defendants pending Motions be extended from July 10, 2025, to July 24, 2025.**

IT IS SO STIPULATED.

DATED this 8th day of June 2025.

**LAWRENCE & LAWRENCE LAW, PLLC**

_____
Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com
*Attorneys for Plaintiffs*

DATED this 8th day of June 2025.

**AARON D. FORD, Attorney General**

*/s/ Nicole N. Ting*_____
NICOLE N. TING, Deputy Attorney General
Nevada Bar No. 12289
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, NV 89701-4717
Telephone: (775) 684-1213
nnting@ag.nv.gov
*Attorneys for the State of Nevada ex rel. Nevada Office of the Military, Brig. Gen. Ondra Berry, and Brig. Gen. D. Rodger "Dan" Waters*

**AARON D. FORD, Attorney General**

*/s/ Jessica E. Whelan*_____
JESSICA E. WHELAN, Chief Deputy Solicitor General – Litigation, Nevada Bar No. 14781
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
Telephone: (702) 486-3420
jwhelan@ag.nv.gov
*Attorneys for Defendants Governor Joseph P. Lombardo and Governor Stephen F. Sisolak*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

